**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-6803**

───────────

MANSA MURA MASSI, a/k/a Wayland Willard
Talley,

                                        Plaintiff - Appellant,

          versus

UNITED STATES MARSHAL SERVICE; THOMAS R.
CORCORAN; R & D PERSONNEL MCAC,

                                        Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-02-
3555-MJG)

───────────

Submitted: August 14, 2003        Decided: August 21, 2003

───────────

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Mansa Mura Massi, Appellant Pro Se. Thomas Michael DiBiagio, United
States Attorney, Allen F. Loucks, OFFICE OF THE UNITED STATES
ATTORNEY, Baltimore, Maryland; John Joseph Curran, Jr., Attorney
General, Baltimore, Maryland, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mansa Mura Massi appeals the district court's order denying relief on his claims under 42 U.S.C. § 1983 (2000) and <u>Bivens</u>.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Massi v. United States Marshal's Serv.</u>, No. CA-02-3555-MJG (D. Md. filed Mar. 21, 2003; entered Mar. 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).